# UNITED STATES DISTRICT COURT
### for the
### Southern District of Texas

United States Courts
Southern District of Texas
FILED

*February 26, 2026*

Nathan Ochsner, Clerk of Court

| | |
|---|---|
| United States of America<br>v.<br>▇▇▇▇▇▇▇▇▇ ALICIA CHASE<br><br>*Defendant(s)* | ) ) ) ) Case No.  **4:26-mj-148**<br>) ) ) ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __03/2023 through 5/2024__ in the county of __Victoria, Fort Bend and Harris__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18 United States Code, Sections 1349 & 1344 | Conspiracy to commit bank fraud |

This criminal complaint is based on these facts:

See attached affidavit.

TRUE COPY I CERTIFY
ATTEST: 2/26/26
NATHAN OCHSNER, Clerk of Court
By: *s/George Kelner*
Deputy Clerk

☑ Continued on the attached sheet.

*JillianBell*
Complainant's signature

Jillian Bell, IRS-CI Special Agent
*Printed name and title*

Sworn to before me and signed by telephone.

Date: February 26, 2026

*Richard W Bennett*
Judge's signature

City and state: Houston, Texas

Richard Bennett, U.S. Magistrate Judge
*Printed name and title*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

IN THE MATTER OF:

ALICIA CHASE

Case No. __4:26-mj-148__

UNDER SEAL

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT AND ARREST WARRANT

I, Special Agent Jillian Bell, being first duly sworn, hereby depose and state as follows:

### AGENT BACKGROUND

1. I am a Special Agent with the IRS-CI, Houston Field Office, United States Department of the Treasury, and have been since November 2018. During my employment, I have conducted and assisted in criminal investigations involving tax fraud, bank fraud, identity theft, money laundering, and other related federal violations. I have been trained in tax and financial investigative techniques at the Federal Law Enforcement Training Center in Glynco, Georgia, which emphasized the enforcement of Title 26 criminal tax offenses and Title 18 tax-related offenses.

2. Additionally, I received training in the preparation for and execution of arrest, search and seizure warrants. Through my training and experience, I have become familiar with the types of records maintained by businesses and financial institutions. A large part of my duties as a Special Agent have involved analyzing these records to determine the existence of criminal activity and to find evidence of criminal activity. Further I have experience in analyzing bank records, tracing funds, and identifying the disposition of fraudulently obtained proceeds.

3. Prior to my employment as a Special Agent, I served approximately three years as a Revenue Agent with the Internal Revenue Service (IRS), Small Business Self-Employed Division. As a Revenue Agent, I received training in federal income tax law and conducted examinations of individuals, sole proprietorships, corporations, and partnerships.

4. I attended Benedictine University located in Lisle, Illinois, where I earned a Bachelor of Arts in International Business and Economics and a Master of Science in Accountancy.

5. I make this affidavit in support of a criminal complaint and arrest warrants for ███████████████████████████████████), ███████████████████████████████), and **ALICIA CHASE ("CHASE")**(DOB ███████).

6. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. This affidavit is intended to show simply that there is sufficient probable cause for the requested complaint and arrest warrants and does not set forth all my knowledge about this matter.

7. As detailed below, I have probable cause to believe that ████████████████████████ **CHASE** from on or about March 2023 through on or about May 2024 knowingly and willfully conspired to obtain money, funds and property under custody and control of multiple different financial institutions, by means of false and fraudulent pretenses, representations, and promises in violation of Title 18 United States Code, Sections 1349 & 1344 (conspiracy to commit bank fraud).

## BACKGROUND OF THE INVESTIGATION AND PROBABLE CAUSE

8. On December 5, 2023, Friendswood Police Department conducted a traffic stop following observed suspicious behavior near a bank within the Southern District of Texas. The occupants of the vehicle were self-identified as passenger ▌▌▌ (▌▌▌) and driver ▌▌▌ (▌▌▌). During inventory of the vehicle officers found numerous documents and cell phones, to include the following:

- a cell phone with tape on the back that stated "Hanifa";
- A Fort Bend County assumed name certificate with assumed name "Christophe and Hanifa Scully" with business address 11906 Sulphur Springs Drive, Houston, Texas 77067; and
- IRS notice CP 575 G which shows EIN ending -2472 was assigned to entity "Christophe and Hanifa Scully."

9. On December 5, 2023, Friendswood Police Department located and contacted Christopher and Hanifa Scully out of ▌▌▌ as a follow up to the traffic stop of ▌▌▌ and ▌▌▌ The Scully's informed officers they were victims of identify theft and were notified that someone opened a Frost Bank account in their names in Victoria, Texas. An approximately $360,000 U.S. Treasury tax refund check was deposited into the account. Additionally, the Scully's informed officers they learned someone filed a fraudulent tax return in their names claiming exorbitant business losses which yielded the large tax refund.

10. On or about December 11, 2023, FBI Texas City and IRS Houston became involved in the investigation and began researching the information located in the vehicle with ▌▌▌ Agents learned that on or about October 20, 2023, an

application for an assumed name certificate for an entity in the name "Christophe and Hanifa Scully" was filed with Fort Bend County. The registrant's name lists "Hanifa Scully" and listed ▇▇▇ as the address. The notary section of the form shows "Hanifa Scully" personally appeared. When agents searched the ▇▇▇ address, they learned that the residence was in the name of ▇▇▇ Through a search of various law enforcement databases, agents learned that ▇▇▇

11. On October 26, 2023, Frost Bank checking account #790030171 and savings account #791008862 were opened in the name of "Hanifa Scully." The address listed on the signature card was 878 Oak Park Ave., Corpus Christi, Texas 78408-3055. The phone number listed on the signature card was (361) 288-5037. When agents conducted a search of the listed Oak Park address and phone number, it was discovered that an individual named **ALICIA CHASE** (DOB ▇▇▇) lived at 872 Oak Park Ave, Corpus Christi, Texas, and was associated with the phone number. Agents were also able to obtain a photo of **CHASE** from her Texas driver's license. During the account opening, a United States passport card and social security card in the name of "Hanifa Scully" were presented to the bank. The passport card had Hanifa Scully's (Scully) identifiers with a picture matching the photo of **CHASE** from her driver's license.

12. On November 2, 2023, a U.S. Treasury check payable to Christophe and Hanifa Scully in the amount of $361,573.80 was deposited into Frost Bank savings account #791008862 and was mailed to an address that was not associated with the Scully's.

13. On November 6, 2023, $9,800 was transferred from savings account #791008862 to checking account #790030171. Subsequently, there was a $500 withdrawal and debit for $2,503 from H-E-B from checking account #790030171 on November 11, 2023.

14. On or about later October 2023 through early November 2023, the Frost bank account in "Hanifa Scully's" name was accessed online from IP address 73.77.181.77. Per Comcast records, the IP address 73.77.181.77 was assigned to ▮ at ▮ ▮ From a search of law enforcement databases and review of ▮ prior contact with law enforcement, ▮ has been identified as ▮ At the time, ▮ was on federal supervised release and had provided the ▮ to the U.S. Probation Department.

15. On or about June 26, 2024, a residential search warrant was executed at ▮ ▮ During the search, Affiant spoke with ▮ ▮ who identified herself as an occupant ▮ Agents learned that the Wi-Fi at the residence was password protected, but that ▮ had the password and ability to use the internet at the residence.

16. Additionally, a cell phone was found in ▮ bedroom. Pursuant to the residential search warrant, the cell phone was downloaded and revealed a screenshot from May 2, 2024, of Frost Bank Acct #8862 (the fraudulent account opened in the name of Scully) reflecting the balance of $361,598.80 with available balance of $125.

17. On April 24, 2024, Agents interviewed Christopher and Hanifa Scully. The Scully's reside in ▮ The Scully's never received a U.S Treasury check of $361,573.80 and never attempted to cash a Treasury check of such amount. The Scully's never gave anyone permission to use their identities.

18. Agents conducted noncustodial interviews of ▮ on December 19, 2024, February 13, 2025, and March 5, 2025. ▮

reconnected in March of 2023. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ to open bank accounts using false documents and told ▓▓▓▓▓▓▓ that ▓ would make a percentage of the checks deposited into the accounts.

19. ▓▓▓▓▓▓▓ provided ▓▓▓▓▓▓ everything ▓▓▓▓▓▓ needed to open the bank account including fraudulent foreign passports, driver's licenses, EINs, utility bills and other records. ▓▓▓▓▓▓ drove ▓▓▓▓▓▓ to the bank or arranged an Uber ride to get ▓ to and from the bank. When ▓▓▓▓▓▓ left the bank, ▓▓▓▓▓▓ collected everything, the bank cards, ▓ IDS and the paperwork.

20. ▓▓▓▓▓▓ informed agents that another ▓▓▓▓ opened accounts for ▓▓▓▓▓▓ This female was from Corpus Christi, Texas. ▓▓▓▓▓▓ later identified the female to be **CHASE** from a photo lineup. ▓▓▓▓▓▓ met with ▓▓▓▓▓▓ and **CHASE** and discussed opening bank accounts.

21. ▓▓▓▓▓▓ explained to Agents; to open a business bank account, ▓▓▓▓▓▓ needed an Assumed Name, or DBA filing with the county. Initially, ▓▓▓▓▓▓ taught ▓▓▓▓▓▓ how to file a DBA. ▓▓▓▓▓▓ did not know how to do any of this prior to knowing ▓▓▓▓▓▓ Then, ▓▓▓▓▓▓ taught **CHASE** how to file a DBA.

22. On March 5, 2025, Agents interviewed ▓▓▓▓▓▓ During the interview agents showed ▓▓▓▓▓▓ a signature card for Frost Bank Accounts 790030171 and 791008862 under the name "Hanifa Scully." Agents also showed ▓ the United States of America passport card listing the name "Hanifa Scully" that was presented to Frost Bank. ▓▓▓▓▓▓ identified the individual on this passport card as **CHASE**.

## Conclusion

23. Based on the foregoing, there is probable cause to believe that in the Houston Division of the Southern District of Texas and elsewhere, ███████████████████ ████████████████████████████, and ALICIA CHASE (DOB ███████) did knowingly and willfully combine, conspire confederate and agree with others known and unknown to execute and attempt to execute a scheme and artifice to defraud financial institution Frost Bank, the accounts of which were insured by the FDIC, and to obtain money, funds and property under custody and control of the above-listed financial institution, by means of false and fraudulent pretenses, representations, and promises in violation of Title 18 United States Code, Sections 1349 & 1344 (conspiracy to commit Bank Fraud).

Respectfully submitted,

*Jillian Bell*
Jillian Bell
Special Agent
Internal Revenue Service- Criminal Investigation

Subscribed and sworn to telephonically before me on February 26, 2026 and I find probable cause.

_____
HONORABLE RICHARD BENNETT
UNITED STATES MAGISTRATE JUDGE

TRUE COPY I CERTIFY
ATTEST: 2/26/26
NATHAN OCHSNER, Clerk of Court
By: s/*George Kelner*
                    Deputy Clerk